UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT PONTE,

               Plaintiff,

v.

CHASE BANK USA, N.A., as an Enterprise
and by its Managing Officers and Board of
Directors, JAMES DIMON, CEO, JOHN DOE
1 through N; MARY JANE M. ELLIOTT,
P.C.; and PORTFOLIO RECOVERY
ASSOCIATES L.L.C.,

               Defendants.

Case No. 2:12-cv-13901

Hon. Sean F. Cox

---

Robert F. Ponte (P23218)
Plaintiff, In Pro Per
220 W. Middle Street
Chelsea, MI 48118
T: 734-475-9191

Brian C. Truba (P61752)
Mary Jane M. Elliott, P.C.
24300 Karim Blvd.
Novi, MI 48375
T:  248-306-2000 ext 103

DYKEMA GOSSETT PLLC
Joseph H. Hickey (P41664)
Lauren M. Phillips (P74102)
Attorneys for Chase Bank USA, N.A.
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
T: 248-203-0796 / 313-568-5416
F: 248-203-0763
jhickey@dykema.com
lmphillips@dykema.com

---

## STIPULATED ORDER STAYING PROCEEDINGS

      Plaintiff Robert Ponte and Defendants Chase Bank USA, N.A. and Jamie Dimon (together "Chase") submit the following Stipulated Order Staying Proceedings.

      On September 28, 2012, Chase filed a Motion To Stay Proceedings Pending Transfer To Multidistrict Litigation Court ("Motion to Stay") (Dkt. 11).  In Plaintiff's Answer To Motion To Stay Proceedings Pending Transfer to Multidistrict Litigation Court ("Response"), filed on October 5, 2012, Plaintiff concurred in the stay of proceedings, but reserved the right to contest

the transfer of the case to the Northern District of California in the event he is unable to procure representation in California (Dkt. 12).  Accordingly,

**IT IS HEREBY ORDERED** that this matter is stayed until the Judicial Panel on Multidistrict Litigation issues a ruling on Chase's Motion to Transfer Pursuant to 28 U.S.C. § 1407.

**IT IS FURTHER ORDERED** that the parties appear before this Court for a status conference on **Tuesday, December 18, 2012 at 3:30 p.m.**

SO ORDERED.

Dated:  October 18, 2012                         s/ Sean F. Cox
                                           Sean F. Cox
                                           U. S. District Judge

SO STIPULATED:

                                           DYKEMA GOSSETT PLLC

                                           By:/s/Lauren M. Phillips
By:  /s/ Robert F. Ponte (w/ permission)       Joseph H. Hickey (P41664)
     Robert F. Ponte (P23218)                Lauren M. Phillips (P74102)
     Plaintiff, In Pro Per                   Attorneys for Chase Bank USA, N.A.
     220 W. Middle Street                    39577 Woodward Avenue, Suite 300
     Chelsea, MI 48118                       Bloomfield Hills, MI 48304
     T: 734-475-9191                         T: 248-203-0796 / 313-568-5416
                                             F: 248-203-0763
                                             jhickey@dykema.com
                                             lmphillips@dykema.com